**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dick Hermanski DIXON–BROUN-
FIELD, Defendant–Appellant.**

**No. 07–12544
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 6, 2009.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robert David Malove, Robert David Malove, P.A., FT Lauderdale, FL, for Defendant–Appellant.

Before MARCUS, PRYOR and ANDERSON, Circuit Judges.

**PER CURIAM:**

Robert David Malove, appointed counsel for Dick Hermanski Dixon–Brounfield in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hermanski's convictions and sentences are **AFFIRMED.**